FILED:  September 10, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1905

_____

JULIA KIM; DAVID SYDNEY; MARTIN NOVICK; J. RENEE BRENNAN
LIVING TRUST; SCOTT SCHROEPFER; KENNETH KAMHOLZ,

　　　　Plaintiff – Appellants,

v.

CEDAR REALTY TRUST, INC.; BRUCE J. SCHANZER; GREGG A.
GONSALVES; ABE EISENSTAT; STEVEN G. ROGERS; SABRINA KANNER;
DARCY D. MORRIS; RICHARD H. ROSS; SHARON STERN; CEDAR
REALTY TRUST PARTNERSHIP, L.P.; WHEELER REAL ESTATE
INVESTMENT TRUST, INC.,

　　　　Defendant – Appellees.

_____

O R D E R

_____

The court amends its opinion filed September 4, 2024, as follows:

On page 2, the spelling of Jerrold Thrope's name is corrected.

For the Court—By Direction

/s/ Nwamaka Anowi, Clerk